**FILED**

JAMES J. VILT, JR. - CLERK

JU! 2 2 2024

U.S. I          ~1 ~~URT
WEST'I.      ..KENTUCKY

Lesley Vowels
1153 Ellerholt Court
Louisville Ky 40211

VS

Budgetel Inn & Suites
3304 Bardstown Road
Louisville, KY 40218
502 456 2861
Mike@budgetellouisville.com

Budgetel Inn & Suites
6065 Roswell Road
Suite 950
Atlanta, GA  30328
404-939-9780

3:24cv-422- DJH

*******BUDGETEL DISABILITY DISCRIMIATION CIVIL LAWSUIT*******

I am filing a Federal Civil Lawsuit against Budgetel Inn & Suites for Disability Discrimination,

Religious Discrimination, Harassment, bullying, Pain and suffering by Mike the franchises

owner of Budgetel Inn & Suites 3304 Bardstown Road 40218 and Budgetel employees in Rooms

138, 142, 144 and 251.

As I am conducting legal and personal business at Budgetel Inn & Suites 3304 Bardstown Road

40218 #143 since February 12, 2024, due to a hate crime for my disability at my residence and

place of business at 1153 Ellerholt Court Louisville KY 40211 on January 05, 2024, currently

in US Court of Appeals Sixth Circuit Case No. 24-54-95.

The lawsuits filed include what I endured since my disability began November 2022, to Include

the most recent hate crime due on January 05, 2024, for exercising my rights under ADA Title II

Section 504 since April 2022 and the discriminations thereafter including Budgetel since February 12, 2024.

The lawsuits filed both now directly and indirectly involves Budgetel Inn and Suites of 3304 Bardstown Rd 40218 and Corporate Budgetel Inn & Suites due to the most recent discriminations.

**Corporate Policy Violation Reports:** I have reported many Budgetel employee violations of the Budgetel Corporate Policy and 3 guest to Mike the franchised owner of Budgetel Inn & Suites. 3304 Bardstown Road Louisville KY 40218. My reports are ignored via email by Mike the franchise owner of Budgetel Inn & Suites at 3304 Bardstown Road 40218 and Corporate Budgetel in Atlanta.

Then I was threatened with eviction for reporting the owner Mike to Budgetel Corporate about Budgetel employees and select guests allowed to violate Corporate Policies posted throughout the complex. As Mike the owner has advised employees and their guests of this situation and has refused to discuss it with me via email against ADA Title III and IV as he refused to allow for my disability.  The loitering and harassment have increasingly continued as since Mike has informed the Budgetel employees. Of my reports. I must carry my camera phone under the First Amendment Right to video for protection and proof of harassment by Budgetel employees and their guests. This causing a gang of employees to harass and annoy trying to force me to leave or cause me to leave by illegal eviction by accusing me of false harassment for reporting the Mike the franchised owner to corporate.

Mike that has orchestrated a gang of Budgetel employees to harass me and allow them to loiter outside my door and window and block the walk ways so I am forced to walk through them as

retaliation to allow Budgetel employee and their guests to continue and increasingly disregard

Budgetel Inn & Suites Corporate Franchise Policies posted throughout the complex as they

loiter, party, harass and intimidate.

**On July 4th:** With multiple reports of excessive loitering and partying by 130, 135, 138, 142,

144 and 251 before July 4th, 2024, On July 4th, 2024, Budgetel employees and guests in Rooms

144 and 251 started partying around 2 pm until after midnight. The employees were playing

explicit music with children and toddlers at the adult music party. The music is disturbing and

should be considered sexual harassment as the music is sexually explicit and or violent and/or,

abusive played purposely loud to harass and annoy that exacerbates my disabilities causing

anxiety and PTSD symptoms due to past trauma.

The parties are also discriminatory as only Budgetel employees and select guests are included.

However, they took my food contribution to the party, never invited me or any other guests and

never returned my plate.  An invite wasn't extended to all hotel guests nor to me due to my

Christian beliefs that does not believe in secular abusive, violent and sexual music played for all

to hear, as this is religious discrimination, and possibly sexual harassment.

I am a Christian woman that does not listen to the music they play Therefore, I am forced to

listen to music I do not religiously agree with, which is triggering due to my disability of trauma

in the past. I understand community socials are important, but the same rules must apply to all

and an invite extended to all hotel guests and conducted in the same manner as the Christian

gatherings; Else, the Budgetel Employee Parties are Discriminating. As

Christian Gatherings are conducted at the front of the hotel lobby and in room 105. Budgetel

employee loitering's and parties are among other guests' rooms.

*******Timeline of Events*******

**July 10th Emergency Room**

I was in the emergency room on July 10th for my disability and have been very sick with allergies and my disability.

**July 11th, 2024,** I emailed corporate a cease and desist for Mike allowing Budgetel employees to not adhere to Budgetel Corporate posted policies.

**On July 12th** Mike the franchised owner of Budgetel Inn & Suites at 3304 Bardstown Road 40218 had manager April give me a notice of Violation stating I harassed a guest. The guests of Budgetel employees were at Ky door harassing me through my door. Unfortunately, I reacted as I was continually being called a B****. I dangerously opened my door to record what I could get on video and the man in 138 also a Budgetel employee lunged at me, the woman in 144 and 251 also at my door harassing me at 1AM . As I reacted and got my camera to record him calling me a B***** again. He did not say it once I got my camera out, However he lunged at me to attack me while 144 and 251 harassing me as well. I admittedly reacted to the abuse and harassment. It has been constant since Mike advised Budgetel employees and select guests of the reports.

**On 07/12/2024:** The maintenance man George advised I was causing Fn trouble around here. As I reported my Key would not unlock my door. I was forced to sit in the extreme heat for over an hour and half to get my door unlocked while I was sick.

**On 07/12/2024:** The usual guest of 138 that blocks the walk with his car screamed at me "A, Excuse Me" in a very dominant tone while walking with George the maintenance man. It was extremely intimidating. I ignored him.

**On 07/12/2024:** Mr. Mike denied an ill homeless disabled man a room claiming the only room Budgetel had available were weekly rooms. This is false advertising. And Disability Discrimination as all rooms are available by the night according to the sign posted. As the sign states nightly rates of 69.99.  It does not specify certain rooms. **Federal Law:** False advertising is an actionable civil claim under Section 43(a) of the Lanham Act. A party who successfully sues for false advertising may be entitled to either damages or injunctive relief. This is also against ADA Title II Section 504.

**On 7/13/2024:** Room 138 the male Budgetel Employee started screaming at me "I better not fn record him again" as he was loitering outside his room in his chair again and I was carrying my phone for safety while I let out my dogs. I wasn't recording yet as I didn't get the video but a photo. Mike will have the videos.

**On 07/13/2024:** Room 142 threw out dirty mattresses, dog cages, and had his explicit music playing loudly with his door open. This music can be heard through my window. He was also loitering as his guest parked his bike outside my window for intimidation. and told my dogs FU on 07/18/2024 when I was outside again.

**On 7/14/2024:** I was again harassed by Budgetel employees' guest in 144. As the woman residing in room 144 along with guest in 251, we're harassing me as I was carrying my phone to video if for protection.  I was questioned with intimidation stating "Hey neighbor! "Why are you

recording". **Law:** The First Amendment protects freedoms of speech and of the press, which includes the right to gather information such as through recording. Mike records 24x7.

These are the same two women in the video on 7/11/2024 at my door at 1AM harassing me while they were loitering and partying outside my door against corporate policy.

Unfortunately, I reacted, and I banged on the window to signal to be quiet. This prompted the man to curse at me through my door and lunge at me when I opened the door for video, and the Budgetel employee guests of 144 and guest in 251 to harass me also, for insisting on Budget Corporate Policies posted throughout the complex be followed.

Due to my disability of anxiety and PTSD I lost access to my prefrontal cortex and reacted by opening the door and yelling back once he talked about my mother who passed tragically. Therefore, I was not able to get the entire video as I couldn't find my phone for shaking. I was cursed out and threatened by Budgetel male employee in 138. He has not been evicted and still employed and I was provided a harassment warning when he and 144 and 251 was intoxicated at my door at 1AM.

**On 7/14/2024:** Room 138, 142 and Room 144 are still loitering outside their rooms, blocking walk ways. As this forces me and other guests to walk through them and around them to get to the parking lot or to rooms. This is intimidating after Mr. Mike advised them I made a report to corporate Budgetel of Budgetel Corporate rules being violated at the allowance of Mike by Budgetel employees.

**As of 07/18/2024:** Mike the owner continues to allow a gang of Budgetel employees and select guests to continue to harass and intimidate me disregarding Corporate Policy Posted throughout

the complex. As loitering and harassment increasingly continues causing me great distress. I

have multiple photos and videos of the violations to be included as evidence.

Budgetel employees in Rooms 138, 142, 144 and 251 do not adhere to the Budgetel Corporate

Policy posted While all other hotel guests are evicted for the same behavior. This is

discrimination to all guests evicted for the same reasons that I have reported Budgetel

Employees. However, Budgetel employees are still employed and residing at Budgetel Inn and

Suites 3304 Bardstown Road Louisville, KY 40218 Rooms 138, 142, 144, and 251 regardless of

reports of their behavior to Mike.

 Mike retaliated against me with false harassment accusations of harassing guests for reporting

Budgetel employee behavior and him to corporate. This is against the Federal Whistleblower Act

of 1989.

Mike the owner of Budgetel Inn & Suites at 3304 Bardstown Road Louisville KY 40218 and

Corporate Budgetel have refused to discuss this matter with me against ADA Title III and IV.

Rather Mike has told Budgetel employees of my reports, creating a gang like of Budgetel

employees and select guests to harass me further for the reports.  As they continue to loiter

against Budget Corporate Policy will allowance for Budgetel employees only. As they are

allowed to disturb the peace of me and other guests, harass and annoy for reporting them to Mike

and Mike to Corporate. Therefore, Mike has orchestrated a gang  and bullyinof Budgetel

employees and select guests to harass and intimidate me against Budgetl Corporate Policy. What

is the full meaning of gang? a group of young people, especially young men, who spend time

together, often fighting with other groups and behaving badly: Harassment refers to words or

behavior that threatens, intimidates, or demeans a person. Harassment is unwanted, uninvited,

and unwelcome and causes nuisance, alarm, or substantial emotional distress without any

legitimate purpose.

The loitering and partying causes my security service dogs to bark more than usual warning me

of possible intruders which exacerbates my TBI disabilities of excessive barking as it physically

hurts my head in this small of a space. Causing me further harm.

Room 138 is still the cause and host for most parties as well as 144. While Budgetel employee

Rooms 130, 135, 142 and 144 and 251 join in most every night getting louder after 10.

Mr. Bryant is in room 142, he is friends with Budgetel Employees and Mr Bryant threatened to

kill my security service dogs after my dogs refused to socialize with him or his sweet dog Nino

as my dog warned him and his dog to stop coming closer.

I advised Mike and Mr. Bryant in writing this is not safe to walk up on me as my dogs are to

protect me and our location and are not socialize with people or other dogs.  As I make every

effort to remove my dogs first in every situation as I understand my dogs are not social and Mr.

Bryant in 142 disagrees. He believes I should not get any time to remove my dogs from the

vicinity with his sweet dog Nino off leash and sometimes on leash. The concern is for his dog

therefore I do not understand. If Nino were to approach me off leash as he often does while my

dogs are outside, they will protect me from any stray dog or person approaching. I have

explained this in writing to Budgetel and Mr Bryant in 142 I am 125 lbs holding back 200 lbs of

dog when he purposely provokes my dogs trying to socialize my dogs with his. Mr. Bryant's

actions cause me to drag my dogs inside by pinch collar to ensure a fight does not occur, causing

me PTSD shaking and anxiety as he is provoking a dog fight to kill my dogs as he stated he

would do if there was a fight he provokes.  Mike the owner did not move or remove Mr. Bryant

from the property for threatening to kill my service dogs.

**I'm in Room 143**

**Room 144**

Is security for Budgetel and although very nice and hardworking is always involved in all parties

at 138 especially after 10. Which is against Corporate Hotel Policy's posted. Often yelling from

his room at 144 down to room 138 after midnight, slamming doors. As well as his female guest

that was harassing me at my door at 1Am with the man from 138 and the woman from 251 on

July 11, 2024.

Mike without proper notice increased the weekly rent from 325 a week to 350 without proper

notice on April 20, 2024. Then displayed a sign offering a 325 a week discount to new guests.

This is discrimination to those who have been here.  Landlords must give 30–60 days notice

before increasing rent at the end of the current lease term verbal or written. Landlords can't

raise rent during the term of a lease unless the lease specifically allows it.

During my stay my security service dogs and I have experienced multiple harassments, threats

and discriminations and threats of eviction for reporting behaviors against Budgetel Franchised

Corporate Policies. This is discrimination.

**I am requesting:** Mike the owner to enforce the corporate franchised policies posted throughout

the complex for all to adhere to.

As it is discriminating to allow some Budgetel employees and select guests to violate Corporate Franchised Policy posted throughout the complex while others are evicted for it .They too should be evicted.

**I am requesting pain and suffering:** Due to the many discriminations and harassments  frand sleep deprivation from Budgetel employees and select guests that are allowed to reside and be employed regardless of their behavior against Budgetel corporate franchise policies posted throughout the complex.

I am requesting all harassment, all loitering, all partying and all disturbances from the gang of Budgetel employees and select guests to cease and desist immediately without retaliation, else they are evicted.

I am requesting all retaliation to cease and exist immediately. As I have a legal right to rent in peace without the threats of eviction for whistleblowing the behaviors of Budgetel employees and Mike the owner to Budgetel corporate.

I am also requesting a full refund. And to return the money to all guests affected by the improperly notice increase from 325 a week to 350 a week.

Thank you.
Lesley Vowels
lesleyvowels@gmail.com
502 435 0934
Ezekiel 3:16-21

Electronic Signature: S/O LAV Date 7/17/2024

Retail

U.S. POSTAGE PAID
FCM LG ENV
LOUISVILLE, KY 40221
JUL 19, 2024
$7.44
R2305M147143-12

UNITED STATES
POSTAL SERVICE

40202

RDC 99

7018 1830 0000 4558 5607

J. Arnold
1653 Ellehott Ct.
Lou. Ky 40211
or Business @
LLC Consulting
3304 Bardstown Rd #43
Lou. Ky 40218

U.S. Western District of Kentucky
601 W. Broadway Unit 106
Lou. Ky. 40202

FILED

JAMES J. VILT, JR. - CLERK

JUL 22 2024

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

CERTIFIED MAIL